NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STX FINANCING, LLC,**

*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2022-1192

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91240829.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 15, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** April 15, 2022